AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMIE EDWARD BYRD
        Petitioner

JUDGMENT IN A CIVIL CASE

v.                CASE NUMBER: CV406-168

UNITED STATES OF AMERICA
        Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order dated May 23, 2007 adopting the Report and Recommendation of the Magistrate Judge; judgment is hereby entered denying the Petitioner's motion to vacate pursuant to 28:2255 and this case stands dismissed.

May 23, 2007                Scott L. Poff
Date                                 Clerk

                                                     Mary Anne Hill
                                                     (By) Deputy Clerk

GAS Rev 10/1/03